**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHARITA PATTERSON; C.P. MINOR; D.P.
MINOR,

                                    Plaintiffs,

                -against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT; SERGEANT RAFAEL
MUSAYEV (SHIELD #3938); OFFICER
HAROON HUSSAIN (SHIELD #27720);
OFFICER FARHANULLAH K. BANGASH
(SHIELD #16069),

                                   Defendants.
------------------------------------------------------------------X

25 **CIVIL** 1439 (LLS)

**JUDGMENT**

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 11, 2026, Plaintiff's amended complaint, filed IFP under

28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court dismisses

without prejudice any claims filed on behalf of minors C.P. and D.P. The Court declines to

exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting.

**Dated:** New York, New York

        March 12, 2026

                                       **TAMMI M. HELLWIG**
                                     _____
                                         **Clerk of Court**

               **BY:**            K. mango
                                         _____
                                         **Deputy Clerk**